IN THE MATTER OF ALLEGATIONS OF VIOLATIONS OF LAW
AND THE NEW JERSEY ADMINISTRATIVE CODE BY INTER
COUNTY REFUSE SERVICE, INC.

October 4, 1984.

It is ORDERED that the motion of the State of New Jersey
for leave to appeal is granted; and it is further

ORDERED that the Appellate Division order of July 20, 1984
is modified to vacate the stay of the Board of Public Utilities'
revocation proceedings and to defer the application of H & M

Disposal Service Co., Inc., until resolution of the revocation proceedings. Jurisdiction is not retained.